UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NALDA DURAN ) | Case Number:2:08-cv-6298 CLOSED |
| Plaintiff, ) | |
| vs. ) | CIVIL COMPLAINT |
| NCO FINANCIAL SYSTEMS, INC. ) | JURY TRIAL DEMANDED |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, NALDA DURAN, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800

SO ORDERED: _____
DATED: 5-6-9